**FILED**

OCT 2 0 2015

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RICHARD BRUCE SANDERS, | Cause No. CV-15-80-BLG-SPW |
| Petitioner, | |
| vs. | ORDER DENYING RECONSIDERATION |
| ALPHA HOUSE; BUREAU OF PRISONS; GIORGIANN DECKARD, | |
| Respondents. | |

Petitioner Sanders' application for writ of habeas corpus under 28 U.S.C. § 2241 was denied on September 21, 2015. He has since filed motions for summary judgment and for reconsideration. He identifies no basis in law or fact for reconsideration or for summary judgment in his favor.

Accordingly, IT IS HEREBY ORDERED that Sanders' motions (Docs. 13, 14) are DENIED.

DATED this _20th_ day of October, 2015.

Susan P. Watters
United States District Court